IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TONY DUPREE, a/k/a, Pastor Doc DuPree,

      Petitioner,

v.

FLORIDA DEPARTMENT OF CORRECTIONS,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5693

Opinion filed July 11, 2014.

Petition for Writ of Certiorari -- Original Jurisdiction.

Tony Dupree, a/k/a, Pastor Doc DuPree, for Petitioner.

Pamela Jo Bondi, Attorney General, and Tammy S. Metcalf, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

VAN NORTWICK, CLARK, and SWANSON, JJ., CONCUR.